UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Robert J. Berg,

                  Plaintiff,                      18 **CIVIL** 1002 (NSR)

        -against-                        **AMENDED JUDGMENT**

Village of Scarsdale and Village of Scarsdale
Police Department,
                  Defendants.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated November 16, 2020, in sum, the Court GRANTS Plaintiff's Motion to the extent it asserts a claim that Defendants violated the First Amendment by selectively enforcing the signposting laws against political relative to other forms of speech and DENIES Plaintiff's motion as to the remaining claims. The Court GRANTS Defendants' Cross-Motion to the extent that the ordinances are not facially unconstitutional under either the Fourteenth Amendment's Due Process Clause or the First Amendment but DENIES their motion to the extent they claim that their content-based enforcement was consistent with the First Amendment; judgment is entered in Defendants' favor to the extent that the ordinances are not unconstitutional under either the First or Fourteenth Amendments, and in Plaintiff's favor on his First Amendment Claim for selective enforcement in the amount of $1 of nominal damages.

**Dated:**  New York, New York
         November 17, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**
                                      **BY:**
                                                           _____
                                                           **Deputy Clerk**